# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          Case No. 15-19036

    KATRINA YVETTE ANTIONETTE
STALLWORTH

        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/30/2015.

2) The plan was confirmed on 08/20/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/26/2018.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,160.00.

10) Amount of unsecured claims discharged without payment: $147,361.40.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | | |
|---|---|---:|
| Total paid by or on behalf of the debtor | $7,254.00 | |
| Less amount refunded to debtor | $54.00 | |
| **NET RECEIPTS:** | | **$7,200.00** |

### Expenses of Administration:

| | | |
|---|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $317.66 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,317.66** |

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALTAIR OH XIII LLC | Unsecured | 1,120.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| BUCKEYE CHECK CASHING | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO HEIGHTS WATER DEPT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 700.00 | 1,318.80 | 1,318.80 | 39.97 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| CITY OF MARKHAM | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| CITY OF RIVERDALE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Collection Service Bureau | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 6,000.00 | 9,089.01 | 9,089.01 | 275.45 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| DAN MCCANTS | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dillon & Shaw MD | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| DRS MORGAN SIDIQUI BROTINE | Unsecured | 721.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| firend family health center | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| First Source Advantage | Unsecured | 26,051.00 | NA | NA | 0.00 | 0.00 |
| GENESIS CLINICAL LABORATORY | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Gi Specialists | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| GLHEC & AFF | Unsecured | 36,342.00 | 29,028.46 | 29,028.46 | 879.72 | 0.00 |
| GLHEC & AFF | Unsecured | NA | 7,870.55 | 7,870.55 | 238.52 | 0.00 |
| Hanger Orthopedic Group | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 5,000.00 | 3,989.00 | 3,989.00 | 120.89 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IL DEPT OF REVENUE | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 205.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| MB FINANCIAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| METROSOUTH MEDICAL CENTER | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 535.00 | 535.00 | 535.00 | 16.21 | 0.00 |
| NICOR GAS | Unsecured | 397.00 | 512.77 | 512.77 | 15.54 | 0.00 |
| North Shore Radiological Services | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIV HEALTH SYSTE | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENT | Unsecured | 4,040.00 | NA | NA | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENTS | Unsecured | NA | 4,389.22 | 4,389.22 | 133.02 | 0.00 |
| PATHOLOGY CONSULTANTS N SHOI | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE MANAGEMENT SER | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING COLLECTION | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| RUSH NORTH SHORE MEDICAL CTR | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SKOKIE EMERGENCY SERVICES | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory Phys. | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Steven A Sandler, MD | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | 300.00 | 300.00 | 300.00 | 9.09 | 0.00 |
| THE SEMRAD LAW FIRM LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 73.66 | 73.66 | 2.23 | 0.00 |
| UNIMED LTD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGISTS | Unsecured | 110.00 | 524.00 | 524.00 | 15.88 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NAVIENT SOLUTION | Unsecured | 36,025.00 | 36,804.27 | 36,804.27 | 1,115.36 | 0.00 |
| VILLAGE OF DOLTON | Unsecured | 350.00 | 675.00 | 675.00 | 20.46 | 0.00 |
| VILLAGE OF SKOKIE | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$95,109.74** | **$2,882.34** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,317.66 |
| Disbursements to Creditors | $2,882.34 |
| **TOTAL DISBURSEMENTS** : | **$7,200.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/05/2018                    By:/s/ Tom Vaughn
                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**